**Dismiss and Opinion Filed October 30, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00490-CV

### DEMEKE KEBEDE TASEW, Appellant
### V.
### MORGAN LYNN TRACY, Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV23-00259**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Nowell
Opinion by Justice Nowell

Appellant's brief in this case is overdue. On September 8, 2023, we informed appellant his brief was overdue and directed him to file his brief within ten days.[1] We cautioned appellant that failure to do so would result in the dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(c). To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

---

[1] The notice was returned. Although the Court left a voice message for appellant on October 2, 2023 requesting an updated address, appellant has failed to update his address.

Accordingly, we dismiss this appeal. *See id*. 38.8(a)(1); 42.3(c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

230490f.p05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

DEMEKE KEBEDE TASEW,
Appellant

No. 05-23-00490-CV          V.

MORGAN LYNN TRACY,
Appellee

On Appeal from the 330th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. CV23-00259.
Opinion delivered by Justice Nowell.
Justices Molberg and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 30th day of October, 2023.